UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JOANNA MALAVE,

                                  Plaintiff,

        -against-

POLICE OFFICER DEBORAH JAMES (Shield 24989), POLICE OFICER NICOLE PERL (Shield 20249), SERGEANT THOMAS ORMOND, JOHN DOES 1-10.

                                  Defendants.

------------------------------------------------------------------ x

**AMENDED COMPLAINT**

11 CV 5727 (MKB)(RML)

<u>Jury Trial Demanded</u>

## PRELIMINARY STATEMENT

1.    This is a civil rights action, alleging that the City of New York and several New York City Police Officers violated plaintiff's rights under 42 U.S.C. § 1983, the Fourth and Fourteenth Amendments to the United States Constitution. Specifically, plaintiff alleges that, on May 24, 2010 defendants falsely arrested her, used excessive force and made false allegations about her to the Kings County District Attorney's Office. Plaintiff seeks compensatory and punitive damages, attorney's fees and costs, and such other and further relief as the court deems just and proper.

## JURISDICTION & VENUE

2.    This action is brought pursuant to 42 U.S.C. § 1983 and the Fourth and Sixth Amendments to the United States Constitution. Jurisdiction is conferred upon this Court by 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper here pursuant to 28 U.S.C. § 1391.

## PARTIES

4. Plaintiff is a resident of the State of New York.

5. The City of New York is a municipal corporation organized under the laws of the State of New York.

6. Police Officers Deborah James, Nicole Perl, Thomas Ormond and John Does (the "officers") are New York City Police Department uniformed employees, officers or supervisors who were acting under color of state law and in their capacities as City law enforcement officers at all relevant times. The officers are liable for directly participating in the unlawful acts described herein and for failing to intervene to protect plaintiff from unconstitutional conduct. These defendants are sued in their individual capacities.

## STATEMENT OF FACTS

7. At or about 6:00 p.m. on May 24, 2010, plaintiff was lawfully walking in the vicinity of 1047 Liberty Avenue in Brooklyn, NY.

8. Plaintiff was on her way to buy a birthday cake for her daughter while her brother, Michael Malave, double parked and waited in his car.

9. Two female Officers approached and began to issue Michael Malave a ticket, scanning his registration.

10. When the Officers were finished writing the ticket, they placed it in the window.

11. Plaintiff then walked over to the vehicle and grabbed the ticket, asking the Officers why the ticket was issued.

12. Plaintiff then got into the backseat of the car to strap her daughter into the backseat.

13. At that point, one of the Officer pulled Plaintiff out of the car, yelling "get the fuck out of the car" and calling her a "nasty Spanish bitch".

14. Plaintiff's mother, Gladys Malave, exited the bakery that Plaintiff had just visited and demanded to know what was going on.

15. An Officer then grabbed Plaintiff by the hair and threw her into the back of a squad car.

16. A third Officer arrived on the scene and told the two female Officers to arrest both Plaintiff and her mother

17. Plaintiff and her mother were then taken to the 75th Precinct.

18. Plaintiff's mother was visibly upset, prompting the Officers to threaten to take her to Bellevue Hospital.

19. At around 2:00 p.m. on May 25, 2010, Plaintiff was taken to Brooklyn Central Booking.

20. Defendant officers misrepresented to the Kings County District Attorney's Office that Plaintiff had committed the offenses of Assault, Attempted Assault and Harassment.

21. Plaintiff was arraigned in Kings County Criminal Court at around 12:00 a.m. on May 26, 2010, over 30 hours after her initial arrest.

22. Plaintiff's mother was not released until the late morning of May 26, 2010.

23. On June 15, 2011, Plaintiff's criminal charges were adjourned in contemplation of dismissal, over one year after her initial arrest.

24. Plaintiff was deprived of her liberty, assaulted, battered, suffered emotional distress, mental anguish, pain, fear, anxiety, embarrassment, humiliation, damage to her reputation and loss of income.

## FIRST CLAIM

## (§1983 FALSE ARREST)

25. Plaintiff repeats the foregoing allegations.

26. No officer observed plaintiff commit a crime on May 24, 2010.

27. At no time on May 24, 2010 did plaintiff commit a crime.

28. Accordingly, defendants violated the Fourth and Fourteenth Amendments because they arrested plaintiff without probable cause.

## SECOND CLAIM

## (UNREASONABLE FORCE)

29. Plaintiff repeats the foregoing allegations.

30. In the course of arresting plaintiff, the officers beat pulled her hair for no reason.

31. This use of force was objectively unreasonable.

32. Accordingly, defendants violated the Fourth and Fourteenth Amendments because they used unreasonable force on Plaintiff.

## THIRD CLAIM

## (FAILURE TO INTERVENE)

33. Plaintiff repeats the foregoing allegations.

34. Those defendants that were present but did not actively participate in the aforementioned unlawful conduct observed such conduct had an opportunity prevent such conduct and a duty to intervene and prevent such conduct and failed to intervene.

35. Accordingly, the defendants who failed to intervene violated the Fourth, and Fourteenth Amendments.

**36.** As a direct and proximate result of this unlawful conduct, Plaintiff sustained the damages alleged.

## **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiffs respectfully request judgment against defendants as follows:

i. Compensatory damages against all defendants, jointly and severally;

ii. Punitive damages against the individual defendants, jointly and severally;

iii. Reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 1988; and

iv. Such other and further relief as the Court deems just and proper.

DATED:   July 26, 2012

  New York, New York

        HARVIS MARINELLI
        SALEEM & WRIGHT LLP

        _____
        Afsaan Saleem
        305 Broadway, 14th Floor
        New York, New York 10007
        (212) 323-6880
        asaleem@hmswlaw.com